A. RICHARD TOMANELLI *v.* ADELE TOMANELLI

The plaintiff's petition for certification for appeal from the Appellate Court, 5 Conn. App. 149, is denied.

*Robert M. Wechsler,* in support of the petition.

*Myra L. Graubard,* in opposition.

Decided October 11, 1985

JEWEL CARTER *v.* FRANCIS E. D'URSO ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 5 Conn. App. 230, is denied.

*Michael A. Georgetti,* in support of the petition.

*Peter A. Kelly,* in opposition.

Decided October 16, 1985

CONNECTICUT EDUCATION ASSOCIATION ET AL. *v.* STATE BOARD OF LABOR RELATIONS ET AL.

The named plaintiff's petition for certification for appeal from the Appellate Court, 5 Conn. App. 253, is denied.

*Ronald Cordilico,* in support of the petition.

*J. Larry Foy,* assistant attorney general, in opposition.

Decided October 24, 1985